FILED

DEC 03 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jennifer Tom
Pro se
  Plaintiff,

vs.

Andrew Saul
Social Security Administration
Commissioner
  Defendant(s).

CASE NO. C19-7914  JSC

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:

   Address 2101 Managrove Court

   City, State & Zip Code Antioch, CA 94509

   Phone (925) 698-5028

2. Defendant is located at:

   Address 160 Spear Street Suite 800

   City, State & Zip Code San Francisco, CA 94105-1545

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. _X_ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                - 1 -

1       c. __ Failure to promote me.

2       d. X__ Other acts as specified below.

3  I was wrongfully terminated for being a qualified disabled employee SSA refused to approve for

4  the reasonable accommdation (RA) of telework full time, SSA chose instead to approve leave as

5  the approved reasonable accommdation - liberal leave and then flexible leave, SSA provided over 20 other qualified disabled benefit Authorizers with telework as a RA without hardship to

6  SSA & without removing an essential function of their job but SSA refused to provide me with

7  telework as an RA instead I was fired for being out sick even though SSA and I were still in RA

8  discusions during the removal process, SSA claims that their refusal/failure to provide me with

9  telework an effective RA and my being fired for being out sick are not related which is not true.

5.   Defendant's conduct is discriminatory with respect to the following:

10      a. __ My race or color.

11      b. __ My religion.

12      c. __ My sex.

13      d. __ My national origin.

14      e. x__ Other as specified below.

15      Disabilities - sensitivity to environmental irritants, vertigo, migraines with aura

16  6.   The basic facts surrounding my claim of discrimination are:

17  SSA acknowleges that I am a qualified disabled employee see Final Agency Decision dated

18  January 30, 2019, SSA refused to decide if I was denied an effective Reasonable Accommodation

19  (RA) and I was terminated even though SSA provides my job Benefit Authorizers (BA) the RA of

20  telework I provided evidence obtained from SSA's Counsel showing SSA approved over

21  over 20 other qualified disabled benefit Authorizers with the RA of telework without

22  hardship to SSA. MSPB Hearing testimony proves that SSA management how denied my

23  RA request for telework did it based on his assumption SSA could not appove BA's with the RA

24  of telework and he never investigated where SSA approved BA's the RA of telework & contined to assert that I could not be approved the RA of telework because SSA did not provide it to BA's

25  as a fact which evidence does not support is true, I was wrongfully terminated by that SSA manager
7.   The alleged discrimination occurred on or about  2014-2019-notice to remove 8-8-2018

26                                    (DATE)

27  8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                      - 2 -

1  discriminatory conduct on or about 2014-2019-notice to remove 8-8-2018
2  (DATE)
   MSPB and Office of Federal Operations
3  9.  The ~~Equal Employment Opportunity Commiss~~ion issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about 09-30-2019 and 11-7-2019.
5                                              (DATE)
6  10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7      Yes _____   No _____
8  11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.
10
11 DATED: 11-27-19                            *Jennifer M Tom*
12                                            SIGNATURE OF PLAINTIFF
13
14 (PLEASE NOTE: NOTARIZATION           Jennifer Tom
15 IS NOT REQUIRED.)                    PLAINTIFF'S NAME
16                                      (Printed or Typed)